**Motion Granted; Appeal Dismissed; Vacated and Remanded; and Memorandum Opinion filed July 30, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00357-CV

---

### WINDHAVEN INSURANCE SERVICES, LLC, Appellant

### V.

### CAPITOL CHEVROLET, INC., Appellee

---

**On Appeal from the County Court at Law No. 2**
**Travis County, Texas**
**Trial Court Cause No. C-1-CV-18-007593**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed November 14, 2018. On July 17, 2019, the parties filed a joint motion to dismiss the appeal, vacate the trial court's judgment and remand for a new trial. *See* Tex. R. App. P. 42.1 and 43.2. The motion is granted.

Accordingly, the appeal is ordered dismissed, the trial court's judgment is vacated and the case is remanded for a new trial.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Hassan.